IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GEM SOUTHWEST, LLC,<br>    *Plaintiff*,<br><br>V.<br><br>TOPY ENTERPRISES, LTD,<br>TOPY AMERICA, INC.,<br>DOWA ECO-SYSTEMS CO., LTD,<br>and DOWA INTERNATIONAL<br>CORPORATION,<br>    *Defendants*. | )<br>)<br>)<br>) Case No. 3:24-cv-01899<br>)<br>) Hon. Sidney A. Fitzwater<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ATTORNEY RESIDENCE

In response to the Court's August 2, 2024 order, ECF No. 11, and on behalf of Defendants Topy Enterprises, Ltd. and Topy America, Inc., the undersigned counsel states as follows:

1.    I represent Defendant Topy Enterprises, Ltd. and Defendant Topy America, Inc. in the above-captioned matter.

2.    After this case was removed from state court by another defendant, I automatically appeared as both Topy Defendants' counsel of record on this Court's docket. Accordingly, I did not file a separate notice of appearance in this Court.

3.    I was admitted to the Bar of this Court on July 18, 2024.

4.    Although I am affiliated with Jenner & Block, LLP's Chicago office, I reside and work in this District, specifically in Fort Worth, Texas. My residence is approximately 38 miles from the Dallas Division's courthouse. My principal office is in downtown Fort Worth, approximately 33 miles from the Dallas Division's courthouse.

5.    Accordingly, I respectfully submit that I satisfy the requirements of Local Rule 83.10 without the need for other local counsel.

6.     If the Court requires additional evidence of my residency, I respectfully request that I be allowed to provide it under seal or on an *ex parte* basis so as not to place my home address or other sensitive personal information on the public docket.

Date: August 7, 2024                                      Respectfully submitted,

*/s/ Paul Rietema*
Paul Rietema
State Bar No. 24133324
JENNER & BLOCK, LLP
353 N Clark Street
Chicago, Illinois 60654
Telephone: (312) 840-7208
Email: prietema@jenner.com

**ATTORNEY FOR DEFENDANT TOPY ENTERPRISES, LTD. AND DEFENDANT TOPY AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, I caused the foregoing Notice to be filed with the Clerk for the U.S. District Court for the Northern District of Texas through the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Paul Rietema*
Paul Rietema
